ORIGINAL

Richard A. Marshack, Trustee
c/o SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

Chapter 7 Trustee

FILED

MAY 21 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARK INDUSTRIES, INC.,<br><br>Debtor. | Case No. 8:91-36717-TA<br><br>Chapter 7<br><br>REPORT OF UNDISTRIBUTED BALANCE UNDER FEDERAL BANKRUPTCY RULE 3011<br><br>[No Hearing Required] |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto check number __9619__, in the amount of $ 158,966.73 representing the total undistributed balance in the above-entitled Debtor's estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the Parties entitled to said unclaimed funds is as follows. See Attachment.

Date: 5-21-08

_____
Richard A. Marshack
Chapter 7 Bankruptcy Trustee

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

18700-000\56

1

Mark Transactions Rtd Divs Final.xls

MARK INDUSTRIES, INC.          RETURNED DIVIDENDS
8:91-36717
14-May-08

| Claim # | Date | Claimant | Check # | Amount |
|---|---|---|---|---|
| 94 | 8/1/2007 | Accuspec<br>633 South Brea Blvd. Suite 107<br>Brea, CA 92621-5308 | 9395 | 16.44 |
| 399 | 7/17/2002 | Advanced Thermall Technology<br>1701-C Lambert Road<br>La Habra, CA 90631-5739 | 9262 | 40.08 |
| 167 | 8/1/2007 | Airco/Renox<br>1588 DOOLITTLE DR<br>SAN LEANDRO, CA 94577 | 9440 | 58.39 |
| 242 | 7/17/2002 | Amt Inc.<br>802 East Main Street<br>Brownsberg, IN 46112-1426 | 9195 | 130.06 |
| 242 | 8/1/2007 | Amt Inc.<br>802 East Main Street<br>Brownsberg, IN 46112-1426 | 9480 | 5.07 |
| 234 | 7/17/2002 | Apitech<br>12801 W. Silver Spring Dr<br>Butler, WI 53007-1009 | 9191 | 473.08 |
| 234 | 8/1/2007 | Apitech<br>12801 W. Silver Spring Dr<br>Butler, WI 53007-1009 | 9476 | 18.44 |
| 288 | 8/1/2007 | Arlington Sheet Metal<br>13424 Imperial Hwy<br>Santa Fe Spring, CA 90670-4820 | 9506 | 14.70 |
| 169 | 7/17/2002 | Astro Fab<br>9358 Stephen St.<br>Pico Rivera, CA 90660-2161 | 9156 | 1,017.21 |
| 169 | 8/1/2007 | Astro Fab<br>9358 Stephen St.<br>Pico Rivera, CA 90660-2161 | 9442 | 39.66 |
| 7 | 7/17/2002 | B C Industrial Supply, Inc.<br>740 N. Hariton<br>Orange, CA 92668-1314 | 9038 | 1,049.37 |
| 7 | 8/1/2007 | B C Industrial Supply, Inc.<br>740 N. Hariton<br>Orange, CA 92668-1314 | 9324 | 40.91 |
| 440 | 8/1/2007 | BEEHLER & PAVITT<br>610 Newport Center Dr., #400<br>Newport Beach, CA 92660-6435 | 9560 | 16.16 |
| 440 | 9/15/2007 | BEEHLER & PAVITT<br>PO BOX 92400<br>LOS ANGELES, CA 90009-2400 | 9600 | 414.28 |
| 378 | 7/17/2002 | Bridge Wholesale Acceptance<br>Corporation 4th Floor,<br>135 Macquarie Street<br>Sydney, NS | 9257 | 2,737.68 |

| | | | | |
|---|---|---|---|---:|
| 378 | 8/1/2007 | Bridge Wholesale Acceptance Corporation 4th Floor, 135 Macquarie Street Sydney, NS | 9542 | 106.73 |
| 5 | 7/17/2002 | C.W. Carter Co. P.O. Box 21932 Los Angeles, CA 90021-0932 | 9037 | 341.04 |
| 5 | 8/1/2007 | C.W. Carter Co. P.O. Box 21932 Los Angeles, CA 90021-0932 | 9323 | 13.30 |
| 349 | 8/1/2007 | Cathy L. Kasten, Esq. Adams, Coogler, Watson, Et Al. P.O. Box 2069 West Palm Beach, FL 33401 | 9534 | 6.81 |
| 36 | 8/1/2007 | Certified Crane Services, Inc. 20475 Yellowbrick Rd. Suite D Industry, CA 91789-2929 | 9347 | 7.17 |
| 464 | 7/17/2002 | CHARTER OAKS FIRE C/O MOLFETTA, RAYMOND & WIEDNER 100 W BROADWAY # 1050 GLENDALE, CA 91210 | 9289 | 328.80 |
| 464 | 7/17/2002 | CHARTER OAKS FIRE C/O MOLFETTA, RAYMOND & WIEDNER 100 W BROADWAY # 1050 GLENDALE, CA 91210 | 9306 | 3,279.87 |
| 464 | 8/1/2007 | CHARTER OAKS FIRE C/O MOLFETTA, RAYMOND & WIEDNER 100 W BROADWAY # 1050 GLENDALE, CA 91210 | 9574 | 12.82 |
| 464 | 8/1/2007 | CHARTER OAKS FIRE C/O MOLFETTA, RAYMOND & WIEDNER 100 W BROADWAY # 1050 GLENDALE, CA 91210 | 9591 | 127.87 |
| 278 | 8/1/2007 | Chilton Company 201 King Of Prussia Road Radnor, PA 19087 | 9497 | 57.11 |
| 278 | 9/15/2007 | Chilton Company PO BOX 606 SOUTHBOROUGH, MA 01772 | 9605 | 1,464.79 |
| 302 | 7/17/2002 | Clark Rental System, Inc. 500 Circle Drive Buchanan, MI 49107-1395 | 9229 | 8,980.29 |
| 302 | 8/1/2007 | Clark Rental System, Inc. 500 Circle Drive Buchanan, MI 49107-1395 | 9514 | 350.10 |

| | | | | |
|---|---|---|---|---|
| 408 | 7/17/2002 | COAST TO COAST COMPUTER<br>7405 VAN NUYS BLVD #205<br>VAN NUYS, CA 91405-1966 | 9264 | 38.61 |
| 93 | 7/17/2002 | Compact Controls, Inc.<br>2660 A S.E. 39th Loop<br>Hillsboro, OR 97123-8498 | 9108 | 9,276.44 |
| 93 | 8/1/2007 | Compact Controls, Inc.<br>2660 A S.E. 39th Loop<br>Hillsboro, OR 97123-8498 | 9394 | 361.65 |
| 3 | 8/1/2007 | County Wholesale Electric Co.<br>560 N. Main Street P.O. Box 1876<br>Orange, CA 92668-1102 | 9321 | 104.82 |
| 192 | 7/17/2002 | Crompton Metermaster, Inc.<br>2507 W. Erie Dr.<br>Tempe, AZ 85282-3171 | 9168 | 36.26 |
| 108 | 7/17/2002 | Cypress Engraving<br>7441 LINCOLN WAY, #200<br>GARDEN GROVE, CA 92641 | 9118 | 202.77 |
| 108 | 8/1/2007 | Cypress Engraving<br>7441 LINCOLN WAY, #200<br>GARDEN GROVE, CA 92641 | 9404 | 7.91 |
| 285 | 7/17/2002 | Defontaine, Inc. ACI<br>300 St. Paul Place<br>Baltimore, MD 21202-2120 | 9218 | 671.80 |
| 285 | 8/1/2007 | Defontaine, Inc. ACI<br>300 St. Paul Place<br>Baltimore, MD 21202-2120 | 9503 | 26.19 |
| 35 | 7/17/2002 | Densmore Holland Co.<br>235 East Greenleaf<br>P.O. Box 4996<br>Compton, CA 90220-4913 | 9060 | 443.36 |
| 35 | 8/1/2007 | Densmore Holland Co.<br>235 East Greenleaf<br>P.O. Box 4996<br>Compton, CA 90220-4913 | 9346 | 17.28 |
| 184 | 7/17/2002 | Diamond 2000 Dynamics<br>10370 Slusher Dr.<br>Santa Fe Spring, CA 90670-3747 | 9163 | 983.86 |
| 184 | 8/1/2007 | Diamond 2000 Dynamics<br>10370 Slusher Dr.<br>Santa Fe Spring, CA 90670-3747 | 9448 | 38.35 |
| 122 | 7/17/2002 | Eastman, Inc.<br>3366 E. Willow St.<br>Signal Hill, CA 90806-2300 | 9129 | 938.72 |
| 222 | 8/1/2007 | Equipment Manufacturers Insti.<br>10 S. Riverside Plaza, #1220<br>Chicago, IL 60606-3710 | 9472 | 18.84 |
| 446 | 8/1/2007 | Excell Engineering Co. Inc.<br>1775 W. El Segundo Blvd.<br>PO Box 5805<br>Compton, CA 90224-5805 | 9565 | 45.99 |

| | | | | |
|---|---|---|---|---|
| 485 | 8/1/2007 | Fidelity & Deposit Co. of Maryland<br>210 N. Charles St.<br>Baltimore, MA 21201 | 9578 | 42.76 |
| 485 | 9/15/2007 | Fidelity & Deposit Co. of Maryland<br>PO BOX 1227<br>BALTIMORE, MD 21201 | 9599 | 1,096.74 |
| 452 | 7/17/2002 | FRED W DEE, INC<br>ATTN: JAMES F CARNAHAN, PRESIDENT<br>1732 E 14TH ST<br>LOS ANGELES, CA 90021 | 9284 | 1,484.15 |
| 452 | 8/1/2007 | FRED W DEE, INC<br>ATTN: JAMES F CARNAHAN, PRESIDENT<br>1732 E 14TH ST<br>LOS ANGELES, CA 90021 | 9569 | 57.86 |
| 59 | 7/17/2002 | Friends Auto Parts Dist<br>5324 Atlantic Ave<br>Long Beach, CA 90805-6020 | 9083 | 70.68 |
| 20 | 8/1/2007 | Garbe Manufacturing<br>951 Leslie Street<br>P.O. Box 2458<br>La Habra, CA 90631-6869 | 9334 | 6.83 |
| 382 | 7/17/2002 | GE Computer Services<br>675 Jimmy Carter Blvd., #3400<br>Norcross, GA 30071 | 9259 | 289.43 |
| 382 | 8/1/2007 | GE Computer Services<br>675 Jimmy Carter Blvd., #3400<br>Norcross, GA 30071 | 9544 | 11.28 |
| 483 | 4/2/2008 | GE MOTORS<br>C/O GLEN REISMAN<br>2 CORPORATE DRIVE<br>PO BOX 861<br>Shelton, CT 06484-0861 | 9618 | 39.07 |
| 226 | 7/17/2002 | General Security Systems, Inc.<br>1127 Loma Ave<br>Long Beach, CA 90804-4008 | 9189 | 36.23 |
| 147 | 7/17/2002 | General Tire Inc<br>attn: William Brust<br>One General Street<br>Akron, OH 44329 | 9142 | 2,030.21 |
| 147 | 8/1/2007 | General Tire Inc<br>attn: William Brust<br>One General Street<br>Akron, OH 44329 | 9428 | 79.15 |
| 252 | 7/17/2002 | Good Machine & Tool Co.<br>37925 N. 6th St. East Unit 303<br>Palmdale, CA 93550-5236 | 9200 | 791.88 |
| 252 | 8/1/2007 | Good Machine & Tool Co.<br>37925 N. 6th St. East Unit 303<br>Palmdale, CA 93550-5236 | 9485 | 30.88 |

| | | | | |
|---|---|---|---|---|
| 194 | 8/1/2007 | Gordon Sand Co. PO Box 5549 Compton, CA 90224-5549 | 9455 | 11.57 |
| 126 | 7/17/2002 | Hamilton Avnet Electronics<br>Div. Of Avnet Inc.<br>10950 Washington Blvd.<br>Culver City, CA 90232-4025 | 9131 | 74.09 |
| 362 | 8/1/2007 | Holiday Inn<br>222 West Houston Ave.<br>Fullerton, CA 92632-3496 | 9536 | 12.51 |
| 241 | 7/17/2002 | Hydraulic Supply Inc<br>3617 W. Macarthur Bl Suite 503<br>Santa Ana, CA 92704-6847 | 9194 | 574.95 |
| 241 | 8/1/2007 | Hydraulic Supply Inc<br>3617 W. Macarthur Bl Suite 503<br>Santa Ana, CA 92704-6847 | 9479 | 22.42 |
| 248 | 7/17/2002 | J B HANOVER<br>C/O MONEYMAKRER & KELLEY<br>700 S. FLOWER ST., STE. 2102<br>Los Angeles, CA 90017-4284 | 9197 | 138.14 |
| 321 | 7/17/2002 | K.C Precision Machining<br>16212 Gundry Avenue<br>Paramount, CA 90723-4833 | 9235 | 72.86 |
| 53 | 7/17/2002 | Kinematics Inc.<br>6709 176th Ave. N.E.<br>Redmond, WA 98052-4941 | 9077 | 1,348.39 |
| 53 | 8/1/2007 | Kinematics Inc.<br>6709 176th Ave. N.E.<br>Redmond, WA 98052-4941 | 9363 | 52.57 |
| 127 | 7/17/2002 | King Bearing, Inc.<br>Assistant Corp., Credit Manager<br>550 Bearing Circle<br>Corona, CA 91720-5400 | 9132 | 198.24 |
| 127 | 8/1/2007 | King Bearing, Inc.<br>Assistant Corp., Credit Manager<br>550 Bearing Circle<br>Corona, CA 91720-5400 | 9418 | 7.73 |
| 174 | 2/3/2003 | L & J Supply Co.<br>10523 Newville<br>Paramount, CA 90723 | 9312 | 1,266.49 |
| 174 | 8/1/2007 | L & J Supply Co.<br>13932 E. Valley Blvd., #L<br>La Puente, CA 91746-2549 | 9445 | 49.37 |
| 331 | 8/1/2007 | Landau, Omahana & Kpoka, Ltd.<br>Steven J. Landam<br>222 N. La Salle St., Ste. 200<br>Chicago, IL 60601-1005 | 9527 | 533.35 |
| 25 | 7/17/2002 | Liebert Corporation<br>#2 Mason<br>Irvine, CA 92718-2513 | 9199 | 51.69 |
| 186 | 7/17/2002 | Lift Busters Ltd<br>P.O. Box 3547<br>Whittier, CA 90605-0547 | 9164 | 115.89 |

| | | | | |
|---|---|---|---|---|
| 365 | 8/1/2007 | Lindenbaum Coffman Kurlander<br>Three First National Plaza Ste. #2315<br>Chicago, IL 60602 | 9537 | 15.33 |
| 201 | 7/17/2002 | Liquid Air Corporation<br>2121 N. California Boulevard<br>Walnut Creek, CA 94596-7390 | 9175 | 6.61 |
| 60 | 7/17/2002 | Madic-Compufact<br>7441 LINCOLN WAY, # 200<br>GARDEN GROVE, CA 92641 | 9084 | 456.46 |
| 60 | 8/1/2007 | Madic-Compufact<br>7441 LINCOLN WAY, # 200<br>GARDEN GROVE, CA 92641 | 9370 | 17.79 |
| 293 | 7/17/2002 | Make Magic Productions<br>1117 East Mariposa Street<br>Altadena, CA 91001-2021 | 9224 | 25.65 |
| 168 | 8/1/2007 | Master Machine Tools, Inc.<br>P.O. Box 1627<br>Hutchinson, KS 67504-1627 | 9441 | 95.16 |
| 439 | 7/17/2002 | Material Handling Supply, Inc<br>8221 Orangethorpe Ave.<br>Buena Park, CA 90621-3811 | 9274 | |
| 92 | 8/1/2007 | Mc Adams Machine & Tool Co.<br>16313 Piuma Avenue<br>Cerritos, CA 90701-1529 | 9393 | 158.58 |
| 42 | 7/17/2002 | Mechanical Energy System Inc<br>16025 Robin Way<br>City Of Industr, CA 91745-1626 | 9067 | 126.63 |
| 198 | 7/17/2002 | METAL SUPPLY, INC<br>C/O ACI<br>300 ST. PAUL PLACE<br>BALTIMORE, MD 21202 | 9173 | 1,894.61 |
| 198 | 8/1/2007 | METAL SUPPLY, INC<br>C/O ACI<br>300 ST. PAUL PLACE<br>BALTIMORE, MD 21202 | 9458 | 73.87 |
| 217 | 7/17/2002 | Metro Business Archives<br>1340 E Sixth St.<br>Los Angeles, CA 90021-1256 | 9184 | |
| 209 | 7/17/2002 | Micro Cad Technologies<br>1805 East Dyer Road<br>Santa Ana, CA 92705-5701 | 9179 | 855.91 |
| 209 | 8/1/2007 | Micro Cad Technologies<br>1805 East Dyer Road<br>Santa Ana, CA 92705-5701 | 9464 | 33.37 |
| 256 | 7/17/2002 | Momentum Graphics, Inc.<br>16290 Shoemaker Blvd.<br>Cerritos, CA 90701-2241 | 9204 | 45.80 |
| 49 | 7/17/2002 | Muncie Power Product<br>14022 Marquardt Avenue<br>Santa Fe Industrial Park<br>Santa Fe Spring, CA 90670-5019 | 9073 | 227.46 |

| | | | | |
|---|---|---|---|---|
| 49 | 8/1/2007 | Muncie Power Product<br>14022 Marquardt Avenue<br>Santa Fe Industrial Park<br>Santa Fe Spring, CA 90670-5019 | 9359 | 8.86 |
| 43 | 7/17/2002 | Nankang USA Inc.<br>3040 E Ama St.<br>Rancho Domingue, CA 90221-5605 | 9068 | 216.94 |
| 43 | 8/1/2007 | Nankang USA Inc.<br>3040 E Ama St.<br>Rancho Domingue, CA 90221-5605 | 9354 | 8.45 |
| 97 | 7/17/2002 | National Car Rental Systems<br>Normandale Branch<br>PO Box 35226<br>Minneapolis, MN 55472-0026 | 9110 | 68.76 |
| 152 | 7/17/2002 | National Chemsearch<br>11061 Lawn Haven Road<br>Dallas, TX 75230-3547 | 9147 | 97.99 |
| 170 | 7/17/2002 | Niewald Waldeck & Brown<br>2500 COMMERCE TOWER<br>911 MAIN STREET<br>KANSAS CITY, MO 64105-2078 | 9157 | 346.49 |
| 216 | 7/17/2002 | Oasis Corporate Education<br>320 Golden Shore Suite 300<br>Long Beach, CA 90802-4217 | 9183 | 2,285.14 |
| 216 | 8/1/2007 | Oasis Corporate Education<br>320 Golden Shore Suite 300<br>Long Beach, CA 90802-4217 | 9468 | 89.08 |
| 128 | 7/17/2002 | Olsten Of Anaheim P.P.<br>One Merrick Avenue<br>Westbury, NY 11590-6601 | 9133 | 250.30 |
| 128 | 8/1/2007 | Olsten Of Anaheim P.P.<br>One Merrick Avenue<br>Westbury, NY 11590-6601 | 9419 | 9.75 |
| 1 | 7/17/2002 | On-Line Electronics Inc.<br>7392 Vincent Circle<br>Huntington Beach, CA 92648-1246 | 9034 | 239.67 |
| 1 | 8/1/2007 | On-Line Electronics Inc.<br>7392 Vincent Circle<br>Huntington Beach, CA 92648-1246 | 9320 | 9.35 |
| 433 | 7/17/2002 | Orix Credit Alliance, Inc.<br>1625 N.W. Amberglen Suite 100<br>Beaverton, OR 97006-6997 | 9271 | 434.21 |
| 433 | 8/1/2007 | Orix Credit Alliance, Inc.<br>1625 N.W. Amberglen Suite 100<br>Beaverton, OR 97006-6997 | 9556 | 16.93 |
| 72 | 8/1/2007 | Pace Graphic Drafting Supplies<br>C/O Art Emporium<br>2430 E. Chapman Ave<br>Fullerton, CA 92631-3604 | 9380 | 5.01 |

Mark Transactions Rtd Divs Final.xls

| | | | | |
|---|---|---|---|---|
| 374 | 8/1/2007 | Pacific Sheet Metal<br>c/o Pacific Metal Fab & Design, Inc.<br>497 S. Pine Street<br>Madera, CA 93637 | 9541 | 50.16 |
| 260 | 7/17/2002 | Paul-Munroe Hydraulics Inc.<br>9999 Rosehill Road 3<br>Whittier, CA 90601-1799 | 9205 | 2,325.57 |
| 260 | 8/1/2007 | Paul-Munroe Hydraulics Inc.<br>9999 Rosehill Road 3<br>Whittier, CA 90601-1799 | 9490 | 90.66 |
| 227 | 7/17/2002 | Peak Technical Services, Inc.<br>3621 W. Macarthur Blvd. Suites 114 & 115<br>Santa Ana, CA 92704-6843 | 9190 | |
| 162 | 7/17/2002 | Phoenix Distributors<br>1890 South Chris Lane<br>Anaheim, CA 92805-6704 | 9152 | 1,473.35 |
| 162 | 8/1/2007 | Phoenix Distributors<br>1890 South Chris Lane<br>Anaheim, CA 92805-6704 | 9438 | 57.44 |
| 14 | 3/6/2003 | PHONEBY<br>290 PAULARINO<br>COSTA MESA, CAA 92626-3314 | 9316 | 464.83 |
| 14 | 8/1/2007 | PHONEBY<br>290 PAULARINO<br>COSTA MESA, CAA 92626-3314 | 9330 | 18.13 |
| 515 | 8/1/2007 | POSITIVE MACHINING<br>C/O GRAHAM & JAMES<br>801 S FIGUEROA ST 14TH FLOOR<br>LOS ANGELES, CA 90017-5554 | 9592 | 64.48 |
| 351 | 7/17/2002 | Power Lift, Ltd.<br>4301 Midlothian Turnpike<br>Attn: Wayne Yong<br>Crestwood, IL 60445-1914 | 9250 | 10,850.29 |
| 351 | 8/1/2007 | Power Lift, Ltd.<br>4301 Midlothian Turnpike<br>Attn: Wayne Yong<br>Crestwood, IL 60445-1914 | 9535 | 423.01 |
| 280 | 8/1/2007 | Prc Inc.<br>1500 Planning Research Dr.<br>Mclean, VA 22102-5001 | 9499 | 7.48 |
| 370 | 7/17/2002 | Printing Resources<br>P.O. 331<br>Sunset Beach, CA 90742-0331 | 9255 | 138.04 |
| 370 | 8/1/2007 | Printing Resources<br>P.O. 331<br>Sunset Beach, CA 90742-0331 | 9540 | 5.38 |
| 193 | 7/17/2002 | Printmasters Of Monrovia<br>505 W. Foothill Boulevard<br>Monrovia, CA 91016-2021 | 9169 | 131.04 |

| | | | | |
|---|---|---|---|---|
| 193 | 8/1/2007 | Printmasters Of Monrovia<br>505 W. Foothill Boulevard<br>Monrovia, CA 91016-2021 | 9454 | 5.11 |
| 51 | 7/17/2002 | Puget Sound Pipe & Supply Co.<br>3223 3rd. Avenue South<br>Seattle, WA 98134-1910 | 9075 | 70.76 |
| 115 | 7/17/2002 | Quick Service Distributors<br>10533 Progress Way Suite D<br>Cypress, CA 90630-4711 | 9124 | 371.28 |
| 115 | 8/1/2007 | Quick Service Distributors<br>10533 Progress Way Suite D<br>Cypress, CA 90630-4711 | 9410 | 14.48 |
| 323 | 7/17/2002 | R. W. Atkinson Co., Inc.<br>3713 Santa Fe<br>Los Angeles, CA 90058-1727 | 9237 | 72.06 |
| 77 | 8/1/2007 | Radisson Palm Springs Resort<br>1600 North Indian Avenue<br>Palm Springs, CA 92262-4602 | 9383 | 103.27 |
| 159 | 8/1/2007 | Radisson Suites<br>2932 East Nutwood Ave<br>Fullerton, CA 92631-3204 | 9436 | 7.72 |
| 31 | 8/1/2007 | Rainier Mfg. Co.<br>6615 8th Avenue<br>Los Angeles, CA 90043-4353 | 9342 | 61.96 |
| 313 | 7/17/2002 | Remco Hydraulics, Inc<br>934 South Main Street<br>Willits, CA 95490-3918 | 9233 | 3,581.24 |
| 313 | 8/1/2007 | Remco Hydraulics, Inc<br>934 South Main Street<br>Willits, CA 95490-3918 | 9518 | 139.62 |
| 442 | 8/1/2007 | Rho-Chem Corp.<br>P O Box 6021 425 Isis Ave.<br>Inglewood, CA 90301-2076 | 9561 | 33.14 |
| 282 | 7/17/2002 | Safety Supply America/Allied<br>Div Of Figgie International<br>4420 Sherwin Rd.<br>Willoughby, OH 44094-7938 | 9216 | 44.09 |
| 191 | 7/17/2002 | Search West<br>James B. Eglin<br>1900 Avenue Of The Stars,#2300<br>Los Angeles, CA 90067-2533 | 9167 | 887.75 |
| 289 | 8/1/2007 | Search West<br>James B. Eglin<br>1900 Avenue Of The Stars,#2300<br>Los Angeles, CA 90067-2533 | 9452 | 34.61 |
| 289 | 8/1/2007 | Smith, Barshop, Stoffer, Millsap<br>One Riverwalk Pl Su 1000<br>700 North St. Mary's St.<br>San Antonio, TX 78205-3585 | 9507 | 29.98 |
| 505 | 8/1/2007 | So Cal Bearing & Supply<br>2692 Dawson Ave<br>Long Beach, CA 90806-2020 | 9586 | 11.71 |

Mark Transactions Rtd Divs Final.xls

| | | | | |
|---|---|---|---|---|
| 322 | 7/17/2002 | Sprint Printing, Inc.<br>520 S. State College<br>Fullerton, CA 92631-5114 | 9236 | 857.21 |
| 322 | 8/1/2007 | Sprint Printing, Inc.<br>520 S. State College<br>Fullerton, CA 92631-5114 | 9521 | 33.41 |
| 457 | 7/17/2002 | State Compensation Ins. Fund<br>c/o Premium Collection Service<br>631 S. Brookhurst St. Ste 120<br>Anaheim, CA 92804 | 9028 | 77,542.72 |
| 34 | 7/17/2002 | Sun Coast Seal<br>1521 W. Alton Ave.<br>Santa Ana, CA 92704-7219 | 9059 | 169.86 |
| 34 | 8/1/2007 | Sun Coast Seal<br>1521 W. Alton Ave.<br>Santa Ana, CA 92704-7219 | 9345 | 6.63 |
| 80 | 7/17/2002 | Teledyne Total Power<br>3409 Democrat Rd.<br>P.O. Box 181160<br>Memphis, TN 38118-1585 | 9100 | 1,946.17 |
| 80 | 8/1/2007 | Teledyne Total Power<br>3409 Democrat Rd.<br>P.O. Box 181160<br>Memphis, TN 38118-1585 | 9386 | 75.88 |
| 367 | 7/17/2002 | Thain Wildburr Co. (fhetford)<br>Bridge House,<br>16 Bridge St Thetford,<br>Norfolu, Ip24 3aa<br>United Kingdom, FO | 9254 | 50.96 |
| 318 | 7/17/2002 | Tokai Financial Services, Inc.<br>Glass, Alper, Goldberg & Cohn 12100<br>Wilshire Bld., Ste. 300<br>Los Angeles, CA 90025-7103 | 9234 | 1,479.58 |
| 318 | 8/1/2007 | Tokai Financial Services, Inc.<br>Glass, Alper, Goldberg & Cohn 12100<br>Wilshire Bld., Ste. 300<br>Los Angeles, CA 90025-7103 | 9519 | 57.69 |
| 328 | 8/1/2007 | Tube Service Co.<br>PO BOX 2728<br>SANTA FE SPRING, CA 90670 | 9525 | 35.18 |
| 112 | 10/25/2002 | JAMES TYLER<br>C/O K. COLUCCIO<br>SCHROETER, GOLDMARK & BND<br>500 CENTRAL BLDG - 810 THIRD AVE<br>SEATTLE, WA 98104-1657 | 9309 | 1,643.98 |
| 112 | 8/1/2007 | JAMES TYLER<br>C/O K. COLUCCIO<br>SCHROETER, GOLDMARK & BND<br>540 CENTRAL BLDG<br>SEATTLE, WA 98104-1657 | 9407 | 64.09 |

| | | | | |
|---|---|---|---|---|
| 283 | 7/17/2002 | Uarco, Inc.<br>West County Line Road<br>Barrington, IL 60010-4999 | 9217 | 13.75 |
| 286 | 5/20/2003 | United Parcel Service<br>1331 S. Vernon St.<br>Anaheim, CA 92805-6485 | 9318 | 189.91 |
| 509 | 7/17/2002 | US BANCORP LEASING & FINANCIAL<br>825 N MULTNOMAH ST, # 875<br>PORTLAND, OR 97232-2151 | 9304 | |
| 22 | 7/17/2002 | Valcom Computer Center<br>17518 Von Karman Avenue<br>Irvine, CA 92714-6208 | 9050 | 5.26 |
| 107 | 7/17/2002 | Valley Computer Supplies<br>22929 Mt. View Rd<br>Moreno Valley, CA 92387-2608 | 9117 | 5.92 |
| 215 | 7/17/2002 | Viking Freight System<br>P. O. Box 420-A<br>Santa Clara, CA 95052-1014 | 9182 | 56.77 |
| 67 | 7/17/2002 | W B Design, Inc.<br>16980 Via Tazon Suite 270<br>San Diego, CA 92127-1647 | 9090 | 67.16 |
| 113 | 8/1/2007 | Webster Electric Co., Inc.<br>1900 CLARK ST<br>RACINE, WI 53403 | 9408 | 8.47 |
| 237 | 8/1/2007 | Worthington Cylinders<br>P.O. Box 391<br>Columbus, OH 43085-0391 | 9477 | 8.84 |
| | | **TOTAL RETURNED DIVIDENDS** | | 158,966.73 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre, Suite 300, Foothill Ranch, California 92610.

On May 21, 2008, I served the documents named below on the parties as follows:

DOCUMENT(S) SERVED: **REPORT OF TRUSTEE UNDER FEDERAL BANKRUPTCY RULE 3011**

SERVED UPON: OFFICE OF THE U.S. TRUSTEE
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701

X **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(BY FACSIMILE)** Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list. The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error.

**(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery or for overnight delivery by Express Mail via the United States Postal Service.

**(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by First Legal Support Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courier shall be filed upon receipt from First Legal Support Services.

X **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on May 21, 2008, at Foothill Ranch, California.

_____
Laurie McPherson

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

18700-000\56